THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LONNIE R. MECKWOOD, Appellant.

Submitted December 19, 2011; decided January 5, 2012

Reported below, 86 AD3d 865.

Motion for assignment of counsel granted and Brent R. Stack, Esq., care of Fitzsimmons, Mack & Mills, P.C., 3223 Church Street, PO Box 811, Valatie, New York 12184 assigned as counsel to the appellant on the appeal herein.